**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                    Case No. 08–11144
                                                                         Chapter 13
Lorraine Sanford

     Debtor


### NOTICE OF CASE CLOSURE WITHOUT DISCHARGE

The above referenced case is closed WITHOUT discharge. Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay fees due may result in additional collection proceedings.

If the debtor subsequently files a Motion to Reopen the Case, the debtor must pay the related and outstanding filing fees in FULL.


Dated: June 4, 2013

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

In re:                                                          Case No. 08-11144-DHW
Lorraine Sanford                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-1        User: loverton        Page 1 of 4         Date Rcvd: Jun 04, 2013
                            Form ID: nccwd        Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
```
db         #+Lorraine Sanford,  1381 Sonoma Dr.,  Lawrenceville, GA 30045-7833
cr          +DLJ Mortgage Capital Inc. C/O Select Portfolio Ser,  Post Office Box 65250,
             Salt Lake City, Ut 84165-0250
cr          +JEFFERSON CAPITAL SYSTEMS LLC,  PO BOX 7999,  ST CLOUD, MN 56302-7999
1660397     +AMEX,  P.O. BOX 297812,  FT. LAUDERDALE, FL 33329-7812
1714860      American Express Centurion Bank,  c/o Becket and Lee LLP,  POB 3001,  Malvern PA 19355-0701
1660399     +BARCLAYS BANK DELAWARE,  125 S. WEST STREET,  WILMINGTON, DE 19801-5014
1660400     +BENEFICIAL/HFC,  P.O. BOX 1547,  CHESAPEAKE, VA 23327-1547
1660401     +BLAIR,  P.O. BOX 2974,  SHAWNEE MISSION, KS 66201-1374
1660402     +BROOKWOOD FAMILY MEDICINE,  1550 JANMAR ROAD, SUITE B,  SNELLVILLE, GA 30078-5779
1660431    ++CHASE CARD SERVICES,  201 NORTH WALNUT STREET,  ATTN MARK PASCALE,  MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: WASHINGTON MUTUAL,  P.O. BOX 660487,  DALLAS, TX 75266-0487)
1660406     +COMMUNITY HOME FINANCIAL SERVICES,,  P.O. BOX 3197,  JACKSON, MS 39207-3197
1697938     +Community Home Fin. Services,  234 E. Capitol St.,  Jackson, MS 39201-2410
1660411     +ECI MANAGEMENT CORPORATION,  2700 DEKALB ROAD, SUITE 100,  MARIETTA, GA 30067-8840
1711020     +Fingerhut Direct Marketing Inc. CIT Bank,  6250 Ridgewood Rd,  St. Cloud, MN 56303-0820
1660414      HSB/RS,  P.O. BOX 15524,  WILMINGTON, DE  19850
1660415     +HSBC BANK,  P.O. BOX 5253,  CAROL STREAM, IL 60197-5253
1718413     +HSBC Bank Nevada, N.A.,  Bass & Associates, P.C.,  3936 E. Ft. Lowell Rd., Ste. 200,
             Tucson, AZ 85712-1083
1725790      Household Finance Corporation/Beneficial,  by eCAST Settlement Corporation,  as its agent,
             POB 35480,  Newark NJ 07193-5480
1660416     +INFINITE ENERGY,  P.O. BOX 791263,  BALTIMORE, MD  21279-1263
1660418     +JUNIPER BANK,  CARD SERVICES,  P.O. BOX 13337,  PHILADELPHIA, PA  19101-3337
1680345     +Jefferson Capital Systems LLC,  PO BOX 7999,  SAINT CLOUD MN 56302-7999
1660419     +LAW OFFICES MCCURDY & CANDLER, LLC,  P.O. BOX 57,  DECATUR, GA 30031-0057
1660420     +MAF COLLECTION SERVICES,  134 S TAMPA ST,  TAMPA, FL 33602-5354
1660421      MINOL CENTER,  P.O. BOX 650320,  DALLAS, TX  75265-0320
1660422     +NATHAN & NATHAN, P.C.,  P.O. BOX 1715,  BIRMINGHAM, AL 35201-1715
1660424      QUEST DIAGNOSTICS,  P.O. BOX 41652,  PHILADELPHIA, PA 19101-1652
1660426     +SELECT PORTFOLIO SERVICING,  P.O. BOX 65250,  SALT LAKE CITY, UT 84165-0250
1660428     +TARGET,  P.O. BOX 673,  MINNEAPOLIS, MN 55440-0673
1660429     +USDE,  SUPERVISOR, LITIGATION DIVISION,  50 UNITED NATIONS PLAZA, RM 242,
             SAN FRANCISCO, CA 94102-4912
1660432     +WILSHIRE CREDIT CORPORATION,  1776 SW MADISON STREET,  PORTLAND, OR 97205-1715
1906907      eCAST Settlement Corporation,  POB 35480,  Newark NJ 07193-5480
1760541     +eCAST Settlement Corporation,  Assignee of HSBC Bank Nevada,  Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,  Tucson, AZ 85712-1083
1714742      eCAST Settlement Corporation assignee of,  FIA Card Services aka Bank of America,  POB 35480,
             Newark NJ 07193-5480
1715008      eCAST Settlement Corporation assignee of,  GE Money Bank/DILLARDS,  POB 35480,
             Newark NJ 07193-5480
1727068      eCAST Settlement Corporation assignee of,  HSBC Bank Nevada and its Assigns,  POB 35480,
             Newark NJ 07193-5480


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: kblackwell@jandllawfirm.com Jun 04 2013 21:25:32    Scott J. Humphrey,
             3829 Lorna Road, Suite 312,  Hoover, AL 35244-7058
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 04 2013 21:33:13
             Capital One Auto Finance Department,  c/o Ascension Capital Group,  P.O. Box 201347,
             Arlington, TX 76006-1347
2368022      E-mail/Text: resurgentbknotifications@resurgent.com Jun 04 2013 21:25:15    B-Line, LLC,
             P.O. Box 91121,  Dept. 550,  Seattle, WA 98111-9221
1660403     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 04 2013 21:26:04    C.C.S,  P.O. BOX 587,
             NEEDLEHAM, MA 02494-0011
1660404      E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 04 2013 21:26:12
             CAPITAL ONE AUTO FINANCE,  3905 DALLAS PKWY,  PLANO, TX 75093-7892
1660405      E-mail/Text: delwanda_byrd@cable.comcast.com Jun 04 2013 21:26:58    COMCAST CABLE VISION,
             P.O. BOX 530099,  ATLANTA, GA 30353-0099
1660407     +E-mail/Text: bankruptcy_notification@ccsusa.com Jun 04 2013 21:26:04
             CREDIT COLLECTION SERVICES,  TWO WELLS AVENUE,  NEWTON, MA 02459-3246
1664346     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 04 2013 21:32:13
             Capital One Auto Finance,  P.O. Box 201347,  Arlington, TX 76006-1347
1669723     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 04 2013 21:32:13
             Capital One Auto Finance, c/o Ascension Capital Gr,  P.O. Box 201347,
             Arlington, TX 76006-1347
1660408     +E-mail/Text: bankruptcy@dcu.org Jun 04 2013 21:26:05    DIGITAL FEDERAL CREDIT UNION,
             220 DONALD LYNCH BLVD.,  MARLBOROUGH, MA 01752-4708
1660409     +E-mail/Text: gecsedi@recoverycorp.com Jun 04 2013 21:33:21    DILLARD'S,  P.O. BOX 981430,
             EL PASO, TX  79998-1430
1660410     +E-mail/Text: dlsbankruptcy@bellsouth.net Jun 04 2013 21:26:57    DISHUCK, LACOSTE & SMITH, P.C.,
             P.O. BOX 20677,  TUSCALOOSA, AL 35402-0677
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
2495320      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 04 2013 21:25:15
              East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
              Greenville, SC 29602-0288
1660412      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2013 21:32:26     GEMB/CARE CREDIT,   PO BOX 981439,
              EL PASO, TX 79998-1439
1660413      +E-mail/Text: bkynotice@harvardcollect.com Jun 04 2013 21:26:12     HARVARD COLLECTION,
              4839 N ELSTON AVE,   CHICAGO, IL 60630-2589
1660417       E-mail/Text: cio.bncmail@irs.gov Jun 04 2013 21:24:51    INTERNAL REVENUE SERVICE,
              MAIL STOP 126,   801 TOM MARTIN DRIVE,   BIRMINGHAM, AL  35211
1681530      +E-mail/Text: legaldept@infiniteenergy.com Jun 04 2013 21:26:40     Infinite Energy,
              7001 SW 24th Ave.,   Gainesville, FL 32607-3704
1706322       E-mail/Text: resurgentbknotifications@resurgent.com Jun 04 2013 21:25:16
              LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
1660423      +E-mail/Text: carol.brensing@usdoj.gov Jun 04 2013 21:25:24     PATRICIA CONOVER,
              ASST U.S. ATTORNEY,   P.O. BOX 197,   MONTGOMERY, AL 36101-0197
1692985      +E-mail/Text: cleech@acsi.net Jun 04 2013 21:25:38     RDAC,   for The Columns at Paxton Lane,
              P.O. Box 17423,   Nashville, TN 37217-0423
1668583       E-mail/Text: rmscedi@recoverycorp.com Jun 04 2013 21:32:49
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
1732615       E-mail/Text: resurgentbknotifications@resurgent.com Jun 04 2013 21:25:16     Roundup Funding, LLC,
              MS 550,   PO Box 9121,   Seattle, WA 98111-9221
1660425       E-mail/Text: pa_dc_claims@salliemae.com Jun 04 2013 21:32:06     SALLIE MAE,   P.O. BOX 9500,
              WILKES BARRE, PA  18773-9500
1660427       E-mail/Text: bklaw2@centurylink.com Jun 04 2013 21:26:43     SPRINT,   P.O. BOX 530503,
              ATLANTA, GA  30353-0503
1679011       E-mail/PDF: pa_dc_litigation@salliemae.com Jun 04 2013 21:32:10
              Sallie Mae, Inc. on behalf of UNITED,   STUDENT AID FUNDS, INC.,
              Attn: Bankruptcy Litigation Unit E3149,   P. O. Box 9430,   Wilkes-Barre, PA 18773-9430
1696298      +E-mail/Text: bncmail@w-legal.com Jun 04 2013 21:26:43     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
1740095      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 04 2013 21:26:46     VERIZON,
              C/O NCO Financial Systems,Inc,   1804 Washington Blvd,   DEPT500,   Baltimore,MD 21230-1700
1660430       E-mail/Text: legal@waltonemc.com Jun 04 2013 21:26:28     WALTON EMC,   P.O. BOX 1347,
              MONROE, GA  30655-1347
1667757      +E-mail/Text: bncmail@w-legal.com Jun 04 2013 21:26:43     WORLDWIDE FINANCIAL CAPITAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                        TOTAL: 29


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
              GREENVILLE, SC 29602-0288
cr*          +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Ste. 200,
              Tucson, AZ 85712-1083
cr*          +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
cr*           Roundup Funding, LLC,   MS 550,   PO Box 9121,   Seattle, WA  98111-9221
cr*          +Wilshire Credit Corporation,   P. O. Box 1650,   Portland, OR 97207
cr*           eCAST Settlement Corporation,   POB 35480,   Newark, NJ  07193-5480
1762935*      Roundup Funding, LLC,   MS 550,   PO Box 9121,   Seattle, WA 98111-9221
1660398      ##+BANK OF AMERICA,   P.O. BOX 1390,   NORFOLK, VA 23501-1390
1674751      ##+WILSHIRE CREDIT CORPORATION,   P. O. Box 1650,   Portland, OR 97207
                                                                         TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                    **Signature:**   *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:
          Alane A. Becket    on behalf of Creditor    eCAST Settlement Corporation notices@becket-lee.com
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Erich M. Ramsey    on behalf of Creditor    Capital One Auto Finance Department
           ecfnotices@ascensioncapitalgroup.com
          Linh K. Tran    on behalf of Creditor    Roundup Funding, LLC notices@quantum3group.com
          Mark A. Pickens    on behalf of Creditor    DLJ Mortgage Capital Inc. C/O Select Portfolio
           Servicing Inc. mark@markapickens.com,  bk@markapickens.com;amy@markapickens.com
          Michael D. Brock    on behalf of Debtor Lorraine  Sanford brockstout@enter.twcbc.com,
           bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com;brockandstoutnotices@nickwooten.com
          Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
                                                                                        TOTAL: 8